PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** John Joseph Santini      Cr.: 2:2010-35-01
                                                                                     PACTS Number: 56247

**Name of Sentencing Judicial Officer:** Honorable Katherine S. Hayden

**Date of Original Sentence:** 7/21/10

**Original Offense:** Conspiracy to Commit Mail Fraud

**Original Sentence:** 23 months imprisonment, 3 years supervised release

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 8/23/12

### PETITIONING THE COURT

[ ]  To extend the term of supervision for     Years, for a total term of     Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

**MENTAL HEALTH TREATMENT**
You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

### CAUSE

Santini feels he would benefit from counseling in order to learn how to control his temper and express his feelings in an appropriate manner.

Respectfully submitted,

By: Nancy Hildner
Senior U.S. Probation Officer
Date: 9/19/12

---

**THE COURT ORDERS:**

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

                                           Signature of Judicial Officer

                                           9/18/12
                                           Date